REMAND / JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-1101-GW-PDx | Date | May 13, 2022 |
|---|---|---|---|
| Title | *John Michael Gardner v. County of Los Angeles Sheriff's Department, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER GRANTING MOTION TO REMAND; VACATING HEARING**

    The County of Los Angeles and County of Los Angeles Sheriff's Department removed this action to this Court on February 17, 2022, based on the existence in the original Complaint of a single claim – of the eight pled in total – for violation of 42 U.S.C. § 1983. On March 24, plaintiff John Michael Gardner ("Plaintiff"), pursuant to the parties' stipulation, *see* Docket No. 14, filed a First Amended Complaint for Damages ("FAC"), asserting all state-law causes of action (and thus removing the sole federal law cause of action from the case). *See* Docket No. 17.

    On April 20, Plaintiff filed a motion to remand based on the lack of a continuing basis for this Court's original federal jurisdiction, with a hearing date set for May 23, 2022. *See* Docket No. 27. In that motion, Plaintiff indicated that the defendants stipulated that remand was appropriate. Indeed, the time for opposition to the motion has passed, and no opposition has been filed, such that the Court can consider defendants to have consented to the remand the motion seeks. *See* C.D. Cal. L.R. 7-9, 7-12.

    With the removal of the sole cause of action based on federal law, there is no basis for this Court's original jurisdiction. While the Court would have supplemental jurisdiction over the state-law claims, due to the early stage of the case, the removal of the federal cause of action, and the fact that the Court has spent little time and/or effort handling the case, the Court will exercise its discretion to decline supplemental jurisdiction. Consequently, it will grant the unopposed motion to remand the matter back to Los Angeles County Superior Court.

    The Court grants the motion to remand and vacates the May 23 hearing date set for this motion.

    It is so ordered.

| | : |
|---|---|
| Initials of Preparer | JG |